UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X
JAMES ROBINSON,

        Plaintiff,               <u>ORDER</u>

      - against -            Civil Action No.
                                      CV-05-5255 (DGT) (LB)
P.O. DANIELLE LUHRS, Shield #12186;
P.O. LAURENE BOVE, Shield #12073 and
SGT. JOHN CHRISTIE, Shield #02227,

        Defendants.

------------------------------------X

TRAGER, District Judge

    On May 3, 2006, Magistrate Judge Lois Bloom issued a Report and Recommendation dismissing plaintiff's complaint because plaintiff failed to appear at two pretrial conferences. No objection to this Report and Recommendation has been filed. The copy of the Report and Recommendation mailed to plaintiff was returned, apparently because plaintiff failed to update his address.

    The findings and conclusions contained in the Report and Recommendation are adopted in full. Accordingly, the case is

dismissed. The Clerk of the Court is directed to close this case.

Dated: Brooklyn, New York
       October 5, 2006

                                        SO ORDERED:


                                        _____/s/_____
                                        David G. Trager
                                        United States District Judge