UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES ROBINSON,

                Plaintiff,

  -against-

P.O. DANIELLE LUHRS, Shield #12186;
P.O. LAURENE BOVE, Shield #12073 and
SGT. JOHN CHRISTIE, Shield, #02227,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 5255 (DGT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ OCT 12 2006 ★

P.M. _____
TIME A.M. _____

      An Order of Honorable David G. Trager, United States District Judge, having been filed on October 6, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated May 3, 2006, dismissing the case; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that judgment is hereby entered dismissing the case.

Dated: Brooklyn, New York
       October 06, 2006

ROBERT C. HEINEMANN
Clerk of Court

By Terry Vaughn
Chief Deputy